UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR FRANCISCO VILLA,<br><br>           Plaintiff,<br><br>     v.<br><br>M. SULLIVAN, R.N.; et al.,<br><br>           Defendants.<br>_____ / | No. C 13-3311 SI (pr)<br><br>**ORDER EXTENDING DEADLINES** |

   Defendants have filed an *ex parte* request for an extension of time to file a dispositive motion. Upon due consideration of the request and the accompanying declaration of attorney David Hamilton, the court GRANTS the request. (Docket # 9.) The court now sets the following new briefing schedule for dispositive motions: Defendants must file and serve their dispositive motion no later than **December 13, 2013**. Plaintiff must file and serve on defense counsel his opposition to the dispositive motion no later than **January 24, 2014**. Defendants must file and serve their reply brief (if any) no later than **February 7, 2014**.

   Plaintiff's request for entry of default is DENIED. (Docket # 8.) Plaintiff did not demonstrate that all defendants had been timely served with process and, in any event, all defendants have now appeared in this action.

   IT IS SO ORDERED.

Dated: November 6, 2013

_____
SUSAN ILLSTON
United States District Judge