UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR FRANCISCO VILLA, | No. C 13-3311 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| M. SULLIVAN, R.N.; et al., | |
| Defendants. / | |

Judgment is now entered in favor of defendants and against plaintiff.

IT IS SO ORDERED AND ADJUDGED.

Dated: July 29, 2014

_____
SUSAN ILLSTON
United States District Judge